861 A.2d 262

**Anthony McMILLIAN, Appellee,**

**v.**

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellant.**

**No. 102 MAP 2004.**

Supreme Court of Pennsylvania.

Oct. 25, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of October, 2004, the Pennsylvania Board of Probation and Parole's appeal is dismissed as moot and the application for vacatur is denied.